JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAYNE SIMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYBON JOHNSON, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-6895 PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order issued concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 14, 2020

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE